[No. 25877-3-II.   Division Two.   December 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS CABRERA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-01775-9, Nile E. Aubrey, J., entered April 21, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25902-8-II.   Division Two.   December 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN J. CHANDLER, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 00-8-00007-7, E. Thompson Reynolds, J., entered April 12, 2000. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 26228-2-II.   Division Two.   December 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD EDWARD MANNON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00626-3, David R. Draper, J., entered June 27, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 26285-1-II.   Division Two.   December 28, 2001.]

FRANK A. EGAN, ET AL., *Appellants*, v. WALFRID STYRK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-2-00543-4, Toni A. Sheldon, J., entered July 3, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.